**Order entered July 8, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-01106-CR

### JEROME ANTWONE SMITH, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 354th District Court
Hunt County, Texas
Trial Court Cause No. 32030**

### ORDER

Before the Court is appellant's July 2, 2021 motion for an extension of time to file his pro se response to the *Anders* brief filed by appointed counsel. We **GRANT** the motion and **ORDER** appellant's pro se response due by **September 2, 2021**. We **DIRECT** the Clerk to send a copy of this order to Mr. Jerome Antwone Smith, TDCJ #02332698, Cleveland Correctional Center, P.O. Box 1678, Cleveland, TX 77328.

/s/    ERIN A. NOWELL
        JUSTICE